**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Illinois__
(State)

Case number (*If known*): _____   Chapter __7__

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

| | |
|---|---|
| 1. **Chapter of the Bankruptcy Code** | *Check one:*<br>☒ Chapter 7<br>☐ Chapter 11 |

### Part 2:   Identify the Debtor

| | |
|---|---|
| 2. **Debtor's name** | A&G Fresh Market, Inc. |

| | |
|---|---|
| 3. **Other names you know the debtor has used in the last 8 years**<br>Include any assumed names, trade names, or *doing business as* names. | A&G Fruit Market<br><br>A&G International Fresh Market |

| | |
|---|---|
| 4. **Debtor's federal Employer Identification Number (EIN)** | ☒ Unknown<br><br>\_\_ \_\_ – \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_<br>EIN |

**5. Debtor's address**

**Principal place of business**

5630 W. Belmont Ave.
Number        Street

Chicago                    IL    60634
City                          State   ZIP Code

Cook
County

**Mailing address, if different**
James Passarelli (Registered Agent)
9240 Broadway Ave.
Number        Street

P.O. Box

Brookfield                 IL    60513
City                          State   ZIP Code

**Location of principal assets, if different from principal place of business**
Frank Tenuta, President
Number        Street
                   520 Vintage Dr.

Lake in the Hills        IL    60156
City                          State   ZIP Code

Debtor    A&G Fresh Market, Inc.      Case number (if known)_____
Name

---

**6. Debtor's website (URL)**     http://agfreshmarket.com (no longer accessible)

---

**7. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☒ No
- ☐ Yes. Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known_____
                                MM / DD / YYYY

Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known_____
                                MM / DD / YYYY

---

**Part 3:**   **Report About the Case**

---

**10. Venue**

*Check one:*

- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor    A&G Fresh Market, Inc                                    Case number (if known)_____
          Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Ludwig Foods, Inc. | Non-Payment of Invoices | $ 29,232.66 |
| | Ludwig Dairy Products, Inc. | Non-Payment of Invoices | $ 12,427.85 |
| | Kovals Corp. f/k/a Kazik Bakery, Inc. | Non-Payment of Invoices | $ 2,147.10 |
| | Ideal Bakery Enterprises, Inc. | Non-Payment of Invoices | $ 39,088.20 |
| | | Total of petitioners' claims | $ 82,895.8 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at
the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each
additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the
statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature,
along with the signature of the petitioner's attorney.

**Part 4:    Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a
petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a
foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| Ludwig Foods, Inc. | Jack A. Gould |
| Name | Printed name |
| 1270 Mark Street | Swanson, Martin & Bell, LLP |
| Number   Street | Firm name, if any |
| Elk Grove Village          IL          60007 | 330 N. Wabash Suite 3300 |
| City                State      ZIP Code | Number   Street |
| | Chicago                IL        60611 |
| **Name and mailing address of petitioner's representative, if any** | City                State    ZIP Code |
| Marek J. Mojsa | Contact phone  312.222.8569    Email  jgould@smbtrials.com |
| Name | |
| 1270 Mark Street | Bar number  6308048 (ARDC) |
| Number   Street | |
| Elk Grove Village          IL          60007 | State          IL. |
| City                State      ZIP Code | |

declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/12/016                            X _Jack Gould_
             MM / DD / YYYY                          Signature of attorney

X _Mark M__ Jr President_                          Date signed  11/22/2016
Signature of petitioner or representative, including representative's title      MM / DD / YYYY

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 3

Debtor   A&G Fresh Market Inc.
         Name                                          Case number (if known) _____

| Name and mailing address of petitioner | Jack A. Gould |
|---|---|
| Ludwig Dairy Products, Inc.<br>Name | Printed name |
| 1270 Mark St.<br>Number   Street | Swanson, Martin & Bell, LLP<br>Firm name, if any |
| Elk Grove Village          IL        60007<br>City                 State     ZIP Code | 330 N. Wabash, Suite 3300<br>Number   Street |
| **Name and mailing address of petitioner's representative, if any** | Chicago                    IL        60611<br>City                  Suite    ZIP Code |
| Marek J. Mejer / *Miroslaw Gebka*<br>Name    *President* | Contact phone  312.222.8500   Email jgould@smbtrials.com |
| 1270 Mark St.<br>Number   Street | Bar number  6308048 (ARDC) |
| Elk Grove Village          IL        60007<br>City                 State     ZIP Code | State      IL |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/08/2016
             MM / DD / YYYY

✗ *Miroslaw Gebka*
   Signature of petitioner or representative, including representative's title
   *President*

✗ *Jack Gould*
   Signature of attorney

Date signed  11/22/2016
             MM / DD / YYYY

| Name and mailing address of petitioner | Jack A. Gould |
|---|---|
| Kowia Corp. f/k/a Kazik Bakery, Inc.<br>Name | Printed name |
| 5808 N. Milwaukee Ave.<br>Number   Street | Swanson, Martin & Bell, LLP<br>Firm name, if any |
| Chicago                    IL        60646<br>City                 State     ZIP Code | 330 N. Wabash, Suite 3300<br>Number   Street |
| **Name and mailing address of petitioner's representative, if any** | Chicago                    IL        60611<br>City                  State    ZIP Code |
| Krzysztof Kowal<br>Name | Contact phone  312.222.8500   Email  jgould@smbtrials.com |
| 5808 N. Milwaukee Ave.<br>Number   Street | Bar number  6308048 (ARDC) |
| Chicago                    IL        60646<br>City                 State     ZIP Code | State      IL |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/08/16
             MM / DD / YYYY

✗ _____
   Signature of petitioner or representative, including representative's title

✗ *Jack Gould*
   Signature of attorney

Date signed  11/22/2016
             MM / DD / YYYY

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 4

Additional Petitioners Cont.

Debtor    A&G Fresh Market, Inc.
_____
Name

Case number (if known)_____

**Name and mailing address of petitioner**

Ideal Bakery Enterprises, Inc.
Name

4765 N MILWAUKEE AVE 1ST
Number    Street

Chicago                    IL          60630
City                        State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Krzysztof Kowal
Name

4765 N. MILWAUKEE AVE 1ST
Number    Street

Chicago                    IL          60630
City                        State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/08/16
               MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Jack A. Gould
Printed name

Swanson, Martin & Bell, LLP
Firm name, if any

330 N. Wabash, Suite 3300
Number    Street

Chicago                    IL          60611
City                        State      ZIP Code

Contact phone    312.321.0990    Email jgould@smbtrials.com

Bar number    6306048 (ARDC)

State    IL

✗ _____
Signature of attorney

Date signed    11/12/2016
               MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name

Number    Street

City                        State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                        State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _____
               MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Printed name

Firm name, if any

Number    Street

City                        State      ZIP Code

Contact phone            Email

Bar number

State

✗ _____
Signature of attorney

Date signed    _____
               MM / DD / YYYY

---

Official Form 205            Involuntary Petition Against a Non-Individual            page 5

Scanned by CamScanner